**Order filed, October 21, 2013.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

## NO. 14-13-00601-CV

———————

**NEW CONCEPT TRADE INCORPORATED A/K/A AND D/B/A NEW CONCEPT TRADE, INC. AND NEW CONCEPT TRADE AND SHEHZAD SADARUDDIN AKA AND BSPA SHEHZAD SADWDDIN, Appellant**

**V.**

**QUALITY KING FRAGRANCE, INC. D/B/A  QUALITY FRAGRANCE GROUP, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 946965**

---

## ORDER

The reporter's record in this case was due **September 06, 2013**.  *See* Tex. R. App. P. 35.1.  On **September 17, 2013**, this court ordered the court reporter to file the record within 30 days.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Gina Wilburn**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.  **No further extension will be entertained absent exceptional circumstances**.  The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed.  *See* Tex. R. App. P. 35.3(c).  If **Gina Wilburn** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM